JOSH COLE AICKLEN
Nevada Bar No. 7254
Josh.Aicklen@LewisBrisbois.com
DAVID M. GOULD
Nevada Bar No. 11143
David.Gould@LewisBrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants,
LAS VEGAS PHARMACY DST,
PHARMACY PORTFOLIO IV
EXCHANGE, LLC and
INLAND PRIVATE CAPITAL
CORPORATION

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| ROSA RIOS, as Special Administrator of the Estate of ALEJANDRO RIOS, Deceased; ELI RIOS, individually and as Heir of the Estate of ALEJANDRO RIOS, Deceased; ROSA RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ALEX RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ROSA MANCINAS ALVAREZ, individually as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; JESSICA LOPEZ, individually as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA CVS PHARMACY, LLC, a Domestic Limited-Liability Company; CVS PHARMACY, INC., a Foreign Corporation; CVS NV HOLDING COMPANY, LLC, a Foreign Limited-Liability Company; CVS 1507 NV, LLC, a Foreign Limited-Liability Company; NS RETAIL HOLDINGS, LLC, | Case No.: 2:23-cv-01108<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS LAS VEGAS PHARMACY DST, PHARMACY PORTFOLIO IV EXCHANGE, LLC AND INLAND PRIVATE CAPITAL CORPORATION'S MOTION TO REOPEN DEADLINE TO AMEND PLEADINGS AND ADD PARTIES AND MOTION TO AMEND ANSWER TO ASSERT CROSS-CLAIM AGAINST DEFENDANTS NEVADA CVS PHARMACY, LLC., CVS PHARMACY, INC., CVS NV HOLDING COMPANY, LLC., CVS 1507 NV, LLC, A FOREIGN LIMITED-LIABILITY COMPANY, CVS HEALTH CORP., A FOREIGN CORPORATION, CAREMARK PHC, LLC, A FOREIGN LIMITED-LIABILITY CORPORATION** |

139956360.1

a Foreign Limited-Liability Company; CVS HEALTH CORP., a Foreign Corporation; CAREMARK PHC, LLC, a Foreign Limited-Liability Corporation; LAS VEGAS PHARMACY DST, a Foreign Statutory Trust; PHARMACY PORTFOLIO IV EXCHANGE, LLC, a Foreign Limited-Liability Company; INLAND PRIVATE CAPITAL CORPORATION, a Foreign Corporation; DOES 1-10; and ROE CORPORATIONS 11-20, DOE EMPLOYEES/AGENTS 21-30, inclusive,

Defendants.

## STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS LAS VEGAS PHARMACY DST, PHARMACY PORTFOLIO IV EXCHANGE, LLC AND INLAND PRIVATE CAPITAL CORPORATION'S MOTION TO REOPEN DEADLINE TO AMEND PLEADINGS AND ADD PARTIES AND MOTION TO AMEND ANSWER TO ASSERT CROSS-CLAIM AGAINST DEFENDANTS NEVADA CVS PHARMACY, LLC., CVS PHARMACY, INC., CVS NV HOLDING COMPANY, LLC., CVS 1507 NV, LLC, A FOREIGN LIMITED-LIABILITY COMPANY, CVS HEALTH CORP., A FOREIGN CORPORATION, CAREMARK PHC, LLC, A FOREIGN LIMITED-LIABILITY CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record, that the time for the filing of any Opposition to COME NOW Defendants, LAS VEGAS PHARMACY DST, PHARMACY PORTFOLIO IV EXCHANGE, LLC and INLAND PRIVATE CAPITAL CORPORATION's Motion to Reopen the Deadline to Amend Pleadings and Add Parties, to Allow Defendants to amend their Answer to Assert Cross-Claims Against Defendants NEVADA CVS PHARMACY, LLC., CVS PHARMACY, INC., CVS NV HOLDING COMPANY, LLC., CVS 1507 NV, LLC, A FOREIGN LIMITED-LIABILITY COMPANY, CVS HEALTH CORP., A FOREIGN CORPORATION, CAREMARK PHC, LLC, A FOREIGN LIMITED-LIABILITY CORPORATION, be extend by one (1) week.

The parties are currently negotiating on issues such that withdrawal of the pending

Motion may be possible. As such, the parties do not wish to unnecessarily burden the Court nor have this Honorable Court unnecessarily expend judicial resources, nor do the parties wish to expend resources preparing and filing further motion work, in the event the pending Motion becomes moot.

Based upon the Parties' stipulation and agreement herein, any such Opposition would now be due on or before May 15, 2024.

Dated this 8th day of May 2024 by:

GABROY | MESSER

By: /s/  Kaine Messer
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiffs*

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:  /s/ Josh Cole Aicklen
Josh Cole Aicklen,
(#7254)
David M. Gould
(#11143)
6385 South Rainbow Boulevard
Suite 600
Las Vegas, NV 89118
*Attorneys for Defendants Las Vegas Pharmacy DST; Pharmacy Portfolio IV Exchange, LLC; and Inland Private*

///

///

///

///

///

///

139956360.1

3

WEINBERG WHEELER HUDGINS GUNN & DIAL

By: /s/ Stephanie J. Glantz
Phillip N. Smith, Jr.
(#10233)
Stephanie J. Glantz
(#14878)
6835 South Rainbow Boulevard
Suite 400
Las Vegas, NV 89118
*Attorneys for Defendants Nevada CVS Pharmacy, LLC; CVS Pharmacy, Inc.; CVS NV Holding Company, L.L.C.; and CVS Health Corp; and Caremark PHC, LLC*

## ORDER

**IT IS HEREBY ORDERED** that, based upon the stipulation and agreement of the parties, any Opposition to Defendants, LAS VEGAS PHARMACY DST, PHARMACY PORTFOLIO IV EXCHANGE, LLC and INLAND PRIVATE CAPITAL CORPORATION's Motion to Reopen the Deadline to Amend Pleadings and Add Parties, to Allow Defendants to amend their Answer to Assert Cross-Claims Against Defendants NEVADA CVS PHARMACY, LLC., CVS PHARMACY, INC., CVS NV HOLDING COMPANY, LLC., CVS 1507 NV, LLC, A FOREIGN LIMITED-LIABILITY COMPANY, CVS HEALTH CORP., A FOREIGN CORPORATION, CAREMARK PHC, LLC, A FOREIGN LIMITED-LIABILITY CORPORATION is due by or before May 15, 2024.

_____
United States Magistrate Judge

Dated: May 9, 2024

139956360.1

4