Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
*sglantz@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Nevada CVS Pharmacy, LLC, CVS Pharmacy, Inc,*
*CVS NV Holding Company, L.L.C., CVS Health Corp,*
*and Caremark PHC, LLC.*

**UNITED STATES DISTRICT COURT**
District
~~STATE~~ OF NEVADA

| | |
|---|---|
| ROSA RIOS, as Special Administrator of the Estate of ALEJANDRO RIOS, deceased; ELI RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ROSA RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ALEX RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ROSA MANCINAS ALVAREZ, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; JESSICA LOPEZ, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA CVS PHARMACY, LLC, a Domestic Limited-Liability Company; CVS PHARMACY, INC, a Foreign Corporation; CVS NV HOLDING COMPANY, L.L.C., a Foreign Limited-Liability Company; CVS 1507 NV, L.L.C., a Foreign Limited-Liability Company; NS RETAIL HOLDINGS, LLC, a Foreign Limited-Liability Company; CVS HEALTH CORP, a Foreign Corporation; CAREMARK PHC, LLC, a Foreign Limited-Liability Corporation; LAS VEGAS PHARMACY DST, a Foreign Statutory Trust; PHARMACY PORTFOLIO IV EXCHANGE, L.L.C., A Foreign Limited-Liability Company; | Case No.: 2:23-cv-01108-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS LAS VEGAS PHARMACY DST, PHARMACY PORTFOLIO IV EXCHANGE, LLC AND INLAND PRIVATE CAPITAL CORPORATION'S MOTION TO REOPEN DEADLINE TO AMEND PLEADINGS AND ADD PARTIES AND MOTION TO AMEND ANSWER TO ASSERT CROSS-CLAIM AGAINST DEFENDANTS NEVADA CVS PHARMACY, LLC., CVS PHARMACY, INC., CVS NV HOLDING COMPANY, LLC., CVS 1507 NV, LLC, A FOREIGN LIMITED-LIABILITY COMPANY, CVS HEALTH CORP., A FOREIGN CORPORATION, CAREMARK PHC, LLC, A FOREIGN LIMITED-LIABILITY CORPORATION**<br><br>**(Second Request)** |

1
2
3
4

INLAND PRIVATE CAPITAL CORPORATION, a Foreign Corporation; DOES 1-10; AND ROE CORPORATIONS 11-20, DOE EMPLOYEES/AGENTS 21-30, inclusive,

Defendants.

5

6 The Parties, by and through the undersigned counsel of record, hereby respectfully submit
7 this Stipulation and Order to extend the time for the filing of any Opposition to LAS VEGAS
8 PHARMACY DST, PHARMACY PORTFOLIO IV EXCHANGE, LLC and INLAND PRIVATE
9 CAPITAL CORPORATION's Motion to Reopen the Deadline to Amend Pleadings and Add
10 Parties, to Allow Defendants to amend their Answer to Assert Cross-Claims Against Defendants
11 NEVADA CVS PHARMACY, LLC., CVS PHARMACY, INC., CVS NV HOLDING
12 COMPANY, LLC., CVS 1507 NV, LLC, A FOREIGN LIMITED-LIABILITY COMPANY, CVS
13 HEALTH CORP., A FOREIGN CORPORATION, CAREMARK PHC, LLC, A FOREIGN
14 LIMITED-LIABILITY CORPORATION (the "Motion") by three weeks.

15 The parties previously submitted a stipulation and order to extend the same deadline by
16 one week (ECF No. 33).

17 The parties are continuing negotiation on issues such that withdrawal of the Motion may
18 be possible. As such, the parties do not wish to unnecessarily burden the Court nor have this
19 Honorable Court unnecessarily expend judicial resources, nor do the parties wish to expend
20 resources preparing and filing further motion work, in the event the pending Motion becomes moot.
21 Accordingly, additional time to file any Opposition to the Motion is warranted.

22 Based upon the Parties' stipulation and agreement herein, any such Opposition to the
23 Motion would now be due on or before June 5, 2024.

24
25
26 / / /
27
28

**IT IS SO STIPULATED**.

Dated this 15th day of May, 2024.

*/s/ Christian Gabroy*
Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012

*Attorneys for Plaintiffs*

Dated this 15th day of May, 2024.

*/s/ Stephanie J. Glantz*
Phillip N. Smith, Jr., Esq.
Stephanie J. Glantz, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendants Nevada CVS Pharmacy, LLC, CVS Pharmacy, Inc., CVS NV Holding Company, L.L.C., CVS Health Corp., and Caremark PHC, LLC*

Dated this 15th day of May, 2024.

*/s/ David M. Gould*
Josh Cole Aicklen, Esq.
David M. Gould, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Las Vegas Pharmacy DST, Pharmacy Portfolio IV Exchange, LLC and Inland Private Capital Corporation*

/ / /

/ / /

/ / /

## ORDER

IT IS HEREBY ORDERED that, based upon the stipulation and agreement of the parties, any Opposition to Defendants, LAS VEGAS PHARMACY DST, PHARMACY PORTFOLIO IV EXCHANGE, LLC and INLAND PRIVATE CAPITAL CORPORATION's Motion to Reopen the Deadline to Amend Pleadings and Add Parties, to Allow Defendants to amend their Answer to Assert Cross-Claims Against Defendants NEVADA CVS PHARMACY, LLC., CVS PHARMACY, INC., CVS NV HOLDING COMPANY, LLC., CVS 1507 NV, LLC, A FOREIGN LIMITED-LIABILITY COMPANY, CVS HEALTH CORP., A FOREIGN CORPORATION, CAREMARK PHC, LLC, A FOREIGN LIMITED-LIABILITY CORPORATION is due by or before June 5, 2024.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: May 15, 2024