1  RENEE M. FINCH, ESQ.
   Nevada Bar No. 13118
2  MESSNER REEVES LLP
   8945 West Russell Road, Suite 300
3  Las Vegas, Nevada 89148
   Telephone:   (702) 363-5100
4  Facsimile:   (702) 363-5101
   E-mail: rfinch@messner.com
5  *Attorney for Defendant*
   *CVS Pharmacy, Inc.*
6

7                 **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9

| | |
|---|---|
| ROSA RIOS, as Special Administrator of the Estate of ALEJANDRO RIOS, deceased; ELI RIOS, individually and as Heir of the Estate of ALEJANDRO RIOS, Deceased; ROSA RIOS, individually and as Heir of the Estate of ALEJANDRO RIOS, Deceased; ALEX RIOS, individually and as Heir of the Estate of ALEJANDRO RIOS, Deceased; ROSA MANCINAS ALVAREZ, individually and as Heir of the Estate of ALEJANDRO RIOS, Deceased; JESSICA LOPEZ, individually and as Heir of the Estate of ALEJANDRO RIOS, Deceased;<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA CVS PHARMACY, LLC, a Domestic Limited-Liability Company; CVS PHARMACY, INC, a Foreign Corporation; CVS NV HOLDING COMPANY, L.L.C., a Foreign Limited-Liability Company; CVS 1507 NV, L.L.C., a Foreign Limited-Liability Company; NS RETAIL HOLDINGS, LLC, a Foreign Limited-Liability Company; CVS HEALTH CORP, a Foreign Corporation; CAREMARK PHC, LLC, a Foreign Limited-Liability Corporation; LAS VEGAS PHARMACY DST, a Foreign Statutory Trust; PHARMACY PORTFOLIO IV EXCHANGE, L.L.C., a foreign Limited-Liability Company; INLAND PRIVATE CAPITAL CORPORATION, a Foreign Corporation; DOES 1 through 10; AND ROE CORPORATIONS 11 through 20; and DOE EMPLOYEES/AGENTS 21 through 30, inclusive,<br><br>Defendants. | Case No: 2:23-cv-01108-RFB-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

1

## SUBSTITUTION OF COUNSEL

It is hereby STIPULATED and AGREED that MESSNER REEVES LLP be substituted in the place and stead of WEINBERG WHEELER HUDGINS GUNN & DIAL, as counsel for Defendant CVS PHARMACY, INC.

DATED this 28th day of June, 2024.

WEINBERG WHEELER HUDGINS GUNN & DIAL

_/s/ [signature]_
STEPHANIE J. GLANTZ, ESQ. (NBN 14878)
6385 S. Rainbow Rd, Ste. 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Fax: (702) 938-3864
E-mail: sglantz@wwhgd.com

The undersigned hereby consent to be substituted in as the attorneys for the Defendant CVS Pharmacy, Inc.

DATED this 28th day of June, 2024.

MESSNER REEVES LLP

/s/ Renee M. Finch

RENEE M. FINCH, ESQ. (NBN 13118)
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com

The undersigned hereby consents to the withdrawal of WEINBERG WHEELER HUDGINS GUNN & DIAL as their counsel of record and further consents to the substitution of MESSNER REEVES, LLP, as their new counsel of records.

DATED this 31st day of May, 2024.

/s/ J. K. Br[signature]
CVS PHARMACY, INC.

IT IS SO ORDERED.
Dated: July 1, 2024

[signature]
Nancy J. Koppe
United States Magistrate Judge

{08310575 / 1}   2