UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSA RIOS, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEVADA CVS PHARMACY, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01108-RFB-NJK<br><br>**Order**<br><br>[Docket No. 42] |

Pending before the Court is a stipulation to extend deadlines that was filed on July 3, 2024. Docket No. 42. The stipulation is predicated on the fact that new counsel substituted into the case on July 1, 2024. *See id.* at 2; *see also* Docket No. 40. The stipulation fails to explain how this request comports with the local rules, which require incoming counsel to ask for an extension (if one is necessary) concurrently with their request to substitute into the case. *See* Local Rules IA 11-6(c), (e).[1] Incoming counsel are **cautioned** moving forward that they must comply with these rules when substituting into a case. As a one-time courtesy, in light of the joint nature of the request, and in consideration of some of the other reasoning provided, however, the Court will allow the extension sought. Given the circumstances, **no further extensions will be granted**. *See also* Docket No. 26 at 7; Docket No. 22 at 2.

With these caveats, the stipulation to extend is **GRANTED**. Deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed

---

[1] The reason behind this requirement is simple: substitution of counsel is ordinarily not allowed when it will cause delay, Local Rule IA 11-6(e), so the Court needs to know upfront if incoming counsel will be seeking an extension and whether sufficient justification exists to depart from the standard course.

1

- Initial experts:  September 2, 2024
- Rebuttal experts:  October 2, 2024
- Discovery cutoff:  November 1, 2024
- Dispositive motions:  December 2, 2024
- Joint proposed pretrial order:  January 2, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: July 8, 2024

_____
Nancy J. Koppe
United States Magistrate Judge