Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSA RIOS, as Special Administrator of the Estate of ALEJANDRO RIOS, deceased; ELI RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ROSA RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ALEX RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ROSA MANCINAS ALVAREZ, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; JESSICA LOPEZ, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased,<br><br>Plaintiffs<br>v.<br><br>NEVADA CVS PHARMACY, LLC, a Domestic Limited-Liability Company; CVS PHARMACY, INC, a Foreign Corporation; CVS NV HOLDING COMPANY, L.L.C., a Foreign Limited-Liability Company; CVS 1507 NV, L.L.C., a Foreign Limited-Liability Company; NS RETAIL HOLDINGS, LLC, a Foreign Limited-Liability Company; CVS HEALTH CORP, a Foreign Corporation; CAREMARK PHC, LLC, a Foreign Limited-Liability Corporation; LAS VEGAS PHARMACY DST, a Foreign Statutory Trust; PHARMACY PORTFOLIO IV EXCHANGE, L.L.C., A Foreign Limited-Liability Company; INLAND PRIVATE CAPITAL CORPORATION, a Foreign Corporation; DOES 1-10; AND ROE CORPORATIONS 11-20, DOE EMPLOYEES/AGENTS 21-30, inclusive,<br><br>Defendants | Case No.: 2:23-cv-01108-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Third Request)** |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

It is hereby stipulated by and between Plaintiffs Rosa Rios, as Special Administrator of the Estate of Alejandro Rios, Eli Rios, individually and as heir of the Estate of Alejandro Rios, Rosa Rios, individually and as heir of the Estate of Alejandro Rios, Alex Rios, individually and as heir of the Estate of Alejandro Rios, Rosa Mancinas Alvarez, individually and as heir of the Estate of Alejandro Rios, Jessica Lopez, individually and as heir of the Estate of Alejandro Rios (collectively referred herein as "Plaintiffs") and Defendants Nevada CVS Pharmacy, LLC, CVS Pharmacy, INC, CVS NV Holding Company, L.L.C., CVS 1507 NV, LLC, CVS Health Corp, Caremark PHC, LLC, Las Vegas Pharmacy DST, Pharmacy Portfolio IV Exchange, LLC, and Inland Private Capital Corporation (collectively referred herein as "Defendants'") by and through their respective attorneys of record, that Plaintiffs shall have a two-day extension up to and including April 3, 2025, for Plaintiffs to file their responsive pleading. This stipulation is submitted per LR IA 6-1. Defendants filed their Motion for Summary Judgment on December 23, 2024 and Plaintiffs' Response is currently due on April 1, 2025. *See* ECF Nos. 52, 58. The Landlord Defendants joined the Motion on December 26, 2024. *See* ECF No. 54. This is the third request for an extension to file Plaintiffs' Response to Defendants' Motion for Summary Judgment.

This request is based upon the following:

1.  Defendants filed their Motion for Summary Judgment on December 23, 2024. ECF No. 52.

2.  Plaintiffs' responsive pleading is currently due April 1, 2025. *See* ECF No. 58.

3.  This is the third request for an extension of time for Plaintiffs to file their responsive pleading. *See* ECF Nos. 55 and 57.

4.  This request for extension is made in good faith and good cause supports

the request.

5. Specifically, the parties have been working together pursuant to Fed. R. Civ. P. 1 and have agreed to attend mediation before Hon. Jennifer Togliatti (Ret.) in an attempt to achieve global resolution in this matter.

6. Additionally, at Plaintiffs' counsel's two-attorney firm, Plaintiffs' lead trial counsel recently took a hard fall while enjoying leisure time with his family and has had to have an MRI for such injury. Also, just this past weekend Plaintiffs' other trial counsel took a tragic fall that required emergency care Saturday and Sunday, he is not able at this time to utilize his dominate right appendage at all, and has an appointment with his orthopedic surgeon on April 1, 2025.

7. Therefore, to facilitate same and conserve resources accordingly, the parties agree that the deadline to file Plaintiffs' Response to Defendants' Motion for Summary Judgment shall be extended from April 1, 2025 to **Thursday, April 3, 2025**.

8. No party is prejudiced by this request and this request is made in good faith and not for purposes of delay.

/ / /

3

9. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED.**

DATED this 31st day of March 2025.

| GABROY | MESSER | MESSNER REEVES |
|---|---|
| By: */s/ Christian Gabroy*<br>Christian Gabroy (#8805)<br>Kaine Messer (#14240)<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiffs* | By: */s/ Eran Forster*<br>Renee Finch (#13118)<br>Eran Forster (11124)<br>8945 West Russell Road<br>Las Vegas, NV 89148<br>*Attorneys for Defendants Nevada CVS Pharmacy, LLC; CVS Pharmacy, Inc.; CVS NV Holding Company, L.L.C.; CVS Health Corp; and Caremark PHC, LLC; and Attorneys for Defendants Las Vegas Pharmacy DST; Pharmacy Portfolio IV Exchange, LLC; and Inland Private Capital Corporation* |
| | MESSNER REEVES<br><br>By: */s/ Eran Forster*<br>Renee Finch (#13118)<br>Eran Forster (#11124)<br>8945 West Russell Road<br>Las Vegas, NV 89148<br><br>Josh Cole Aicklen (#7254)<br>David Gould (#11143)<br>Lewis Brisbois Bisgaard & Smith, LLP<br>6385 South Rainbow Boulevard<br>Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendants Las Vegas Pharmacy DST; Pharmacy Portfolio IV Exchange, LLC; and Inland Private Capital Corporation* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATE: This 1st day of April, 2025.