ERAN S. FORSTER, ESQ.
Nevada Bar No. 11124
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: eforster@messner.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT NEVADA

| | |
|---|---|
| ROSA RIOS, as Special Administrator of the Estate of ALEJANDRO RIOS, deceased; ELI RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ROSA RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ALEX RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ROSA MANCINAS ALVAREZ, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; JESSICA LOPEZ, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased;<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA CVS PHARMACY, LLC, a Domestic Limited-Liability Company; CVS PHARMACY, INC, a Foreign Corporation; CVS NV HOLDING COMPANY, L.L.C., a Foreign Limited-Liability Company; CVS 1507 NV, L.L.C., a Foreign Limited-Liability Company; NS RETAIL HOLDINGS, LLC, a Foreign Limited-Liability Company; CVS HELATH CORP, a Foreign Corporation; CAREMARK PHC, LLC, a Foreign Limited-Liability Corporation; LAS VEGAS PHARMACY DST, a Foreign Statutory Trust; PHARMACY PORTFOLIO IV EXCHANGE, L.L.C., a Foreign Limited-Liability Company; INLAND PRIVATE CAPITAL CORPORATION, a Foreign Corporation; DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:23-cv-01108-RFB-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

/ / /

{08625879 / 1}

1

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

PLEASE TAKE NOTICE that attorney RENEE M. FINCH, ESQ., is no longer with MESSNER REEVES LLP, and no longer counsel of record for Defendants, NEVADA CVS PHARMACY, LLC, CVS PHARMACY, INC, CVS NV HOLDING COMPANY, L.L.C., CVS HEALTH CORP, CAREMARK PHC, LLC, AND LAS VEGAS PHARMACY DST, in the above captioned matter.  Please remove Ms. Finch from your service list for this case.

Eran S. Forster, Esq., of MESSNER REEVES LLP will continue to serve as counsel of record for Defendants, NEVADA CVS PHARMACY, LLC, CVS PHARMACY, INC, CVS NV HOLDING COMPANY, L.L.C., CVS HEALTH CORP, CAREMARK PHC, LLC, AND LAS VEGAS PHARMACY DST.

Dated:  April 4, 2025

MESSNER REEVES LLP

*/s/ Eran S. Forster, Esq.*
ERAN S. FORSTER, ESQ.
Nevada Bar No. 11124
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
E-mail: eforster@messner.com
*Attorney for Defendants*

IT IS SO ORDERED.
Dated:  April 8, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge