**NOTC**
CHRISTINA M. MUNDY, ESQ.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: cmundy@messner.com
*Attorney for Defendant*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ROSA RIOS, as Special Administrator of the Estate of ALEJANDRO RIOS, deceased; ELI RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ROSA RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ALEX RIOS, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; ROSA MANCINAS ALVAREZ, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased; JESSICA LOPEZ, individually and as Heir of the ESTATE OF ALEJANDRO RIOS, Deceased;<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA CVS PHARMACY, LLC, a Domestic Limited-Liability Company; CVS PHARMACY, INC, a Foreign Corporation; CVS NV HOLDING COMPANY, L.L.C., a Foreign Limited-Liability Company; CVS 1507 NV, L.L.C., a Foreign Limited-Liability Company; NS RETAIL HOLDINGS, LLC, a Foreign Limited-Liability Company; CVS HELATH CORP, a Foreign Corporation; CAREMARK PHC, LLC, a Foreign Limited-Liability Corporation; LAS VEGAS PHARMACY DST, a Foreign Statutory Trust; PHARMACY PORTFOLIO IV EXCHANGE, L.L.C., a Foreign Limited-Liability Company; INLAND PRIVATE CAPITAL CORPORATION, a Foreign Corporation; DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:23-cv-01108-RFB-NJK<br><br><br>Disassociation<br>**NOTICE OF ~~DISASSOCITIATION~~ OF COUNSEL** |

{08629254 / 2}

1

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

PLEASE TAKE NOTICE that attorney ERAN S. FORSTER, ESQ., is no longer with MESSNER REEVES LLP, and no longer counsel of record for Defendant, NEVADA CVS PHARMACY, LLC, in the above captioned matter. Please remove Mr. Forster from your service list for this case.

CHRISTINA M. MUNDY, ESQ. of MESSNER REEVES LLP will continue to serve as counsel of record for Defendant NEVADA CVS PHARMACY, LLC.

Dated: June 20, 2025

                                      MESSNER REEVES LLP

                                      */s/ Christina Mundy*
                                      CHRISTINA M. MUNDY, ESQ.
                                      Nevada Bar No. 13181
                                      MESSNER REEVES LLP
                                      8945 West Russell Road, Suite 300
                                      Las Vegas, Nevada 89148
                                      *Attorney for Defendant*

IT IS SO ORDERED.
Dated: June 23, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

{08629254 / 2}

2